**David R. Jenkins, #95301**
**2444 Main Street, Suite 120**
**Post Office Box 1406**
**Fresno, California 93716**
**Telephone (559) 264-5695**
**Facsimile (559) 264-5693**
**email/eservice drjbklawyer@sbcglobal.net**
Attorneys for Debtor,
Angela Pimentel

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>ANGELA PIMENTEL,<br><br>            Debtor. | Case No. 15-10039-B-12 F<br>Chapter 12<br><br>DC DRJ-2<br><br>Date: June 11, 2015<br>Time: 2:30 p.m.<br>Dept. B, Judge Lee<br>2500 Tulare St., 5th Floor<br>Courtroom 12, Fresno, CA 93721 |

**DEBTOR'S STATUS REPORT AND WITHDRAWAL OF CHAPTER 12 PLAN AND REQUEST FOR EXTENSION OF TIME TO CONFIRM A PLAN**

      1. With the kind assistance of the Chapter 12 Trustee, the Debtor and Peter Pierre had negotiated the terms of a modified plan that would be acceptable to Mr. Pierre. Because the terms of that plan materially impact other creditors, it is necessary to file a modified plan.

      2. The Debtor hereby withdraws the Chapter 12 plan that she filed on April 8, 2015. The Debtor intends to propose a modified plan and schedule it to be heard on July 23, 2015. The Debtor respectfully requests that the court extend the deadline for her to confirm a plan to July 23, 2015.

      3. The Debtor's plan, both original and modified, is premised upon rental income. Knowing this, it will not escape the court's notice that no motion to approve the lease has been filed. The reason is simple, the Debtor's prospective tenant is reluctant to sign a lease until and unless the Debtor confirms a plan. The prospective tenant has

agreed to move in and pay rent on a month-to-month basis. The first rent would be paid on, or about, July 1, 2015. Because the rental income is cash collateral, it will be turned over to the Chapter 12 Trustee upon receipt.

Dated: June 4, 2015

                                **/s/ David R. Jenkins**
                                David R. Jenkins, Attorney for Debtor,
                                Angela Pimentel