G. MICHAEL WILLIAMS (#114597)
GANZER & WILLIAMS
1617 ST. MARK'S PLAZA, STE. A
STOCKTON, CA 95207
Telephone: 209-476-1661
Facsimile: 209-476-1674

Attorneys for Debtor
Angela Pimentel

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>ANGELA PIMENTEL,<br><br>      Debtor. | Case No. 15-10039<br><br>DC No: GMW-001<br><br>Date: January 24, 2018<br>Time: 9:30 a.m.<br>Dept: B |

**EXHIBITS OF DEBTOR ANGELA PIMENTEL IN SUPPORT OF DEBTOR'S MOTION TO COMPROMISE CONTROVERSY AND SETTLE CLAIM**

**EXHIBIT A—STIPULATION RESOLVING CONTROVERSIES**

Ef:Pimentel.exhibitd.MtnCompromiseControversy

1

```
5
```
WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:   (559) 435-9868
Email:         rileywalter@w2lg.com

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Luis M. Oliveira, Sr. and Angela C. Oliveira

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>ANGELA PIMENTEL,<br><br>Debtor. | CASE NO. 15-10039<br><br>Chapter 12<br><br>DC No.: N/A<br><br>Date:      N/A<br>Time:     N/A<br>Place:    2500 Tulare Street, Fresno<br>            Dept. B, Courtroom 13<br>Judge:   Honorable René Lastreto II |

**STIPULATION RESOLVING CONTROVERSIES**

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Luis Oliveira Sr. and his wife, Angela ("Oliveiras") and Angela Pimentel ("Pimentel") are the parties to this Stipulation.

2. Pimentel is the debtor in a Chapter 12 case bearing case number 15-10039 which was filed on January 08, 2015. Pimentel's Amended Chapter 12 Plan was confirmed on February 23, 2017. Michael H. Meyer is the Chapter 12 Trustee.

3. Oliveiras have a verified judgment against Pimentel dated December 28, 2000, which has been renewed from time to time.

4. Oliveiras recorded an abstract of judgment against real property ("Property") owned by Pimentel. Said abstract of judgment was recorded on January 22,

STIPULATION RESOLVING CONTROVERSIES    -1-    00162555-Office-11.13.2017.2:39pm

2003.

The legal description of the real property subject to the abstract is:

Real property in the unincorporated area of the County of Merced, State of California, described as follows:

TRACT 1:

PARCEL 1: (APN: 070-080-041 AND 070-080-042 [PORTION])

THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 9 SOUTH, RANGE 9 EAST, M.D.B. & M.

PARCEL 2: (APN: 070-080-042 [PORTION])

ALL THAT PORTION OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 9 SOUTH, RANGE 9 EAST, M.D.B.& M., DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTH LINE OF THE SAID SOUTHEAST QUARTER OF SOUTHEAST QUARTER AT A STAKE MARKED "A"; SAID POINT BEING 45 RODS WEST OF THE SOUTHEAST CORNER OF SAID SECTION 14, THENCE WEST ALONG THE SOUTH LINE OF SAID SOUTHEAST QUARTER OF SOUTHEAST QUARTER, 35 RODS; THENCE NORTH 80 RODS; THENCE EAST 46 RODS TO A STAKE MARKED "T", THENCE SOUTH TO THE NORTH BANK OF SAN LUIS CREEK; THENCE SOUTHWESTERLY ALONG THE NORTH BANK OF SAID CREEK TO A STAKE MARKED "B"; THENCE SOUTH 6 RODS TO POINT OF BEGINNING, AND BEING THE SAME PROPERTY CONVEYED BY D.W. REEVES TO RAPHEL PELLATTO BY DEED RECORDED MARCH 18, 1890, IN BOOK 27 OF DEEDS, PAGE 347.

PARCEL 3: (APN'S: 070-080-045- AND 070-080-046)

ALL THAT PORTION OF THE NORTHEAST QUARTER OF SECTION 23, TOWNSHIP 9 SOUTH, RANGE 9 EAST, M.D.B. & M., BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID SECTION 23, RUNNING THENCE WEST 40 CHAINS, THENCE SOUTH 9.37 ½ CHAINS; THENCE EAST 40 CHAINS; THENCE NORTH 9.37 ½ CHAINS, TO THE PLACE OF BEGINNING.

Real property in the unincorporated area of the County of Madera, State of California, described as follows:

TRACT 2: (APN: 023-070-020)

THAT PORTION OF LOTS 774 TO 777, BOTH INCLUSIVE; AND LOTS 802 TO 805, BOTH INCLUSIVE IN BLOCK 43 OF DAIRYLAND FARMS SUBDIVISION NO. 2, SHOWN AS PARCEL NO. 3 OF PARCEL MAP NO. 1128, IN THE UNINCORPORATED AREA OF THE COUNTY OF MADERA, STATE OF CALIFORNIA, RECORDED JANUARY 21, 1977 IN VOL. 22 OF MAPS, AT PAGE 115, MADERA COUNTY RECORDS.

EXCEPTING THEREFROM AN UNDIVIDED ½ INTEREST IN ALL OIL, GAS (INCLUDING HELIUM AND CARBON DIOXIDE), NATURAL GASOLINE AND OTHER HYDROCARBON SUBSTANCES, AS RESERVED BY CHOWCHILLA FARMS, INC., A CORPORATION, IN DEED DATED JULY 20, 1944 AND RECORDED AUGUST 7, 1944 IN VOL. 346 OF OFFICIAL RECORDS, PAGE 439, MADERA COUNTY RECORDS.

5. Oliveiras filed a Chapter 12 case of their own on February 08, 2017 bearing case number 17-10427. In connection with their Chapter 12 case they became aware of the pending Chapter 12 proceeding of Pimentel. Pimentel did not schedule Oliveiras as a creditor in her Chapter 12 case and did not give notice of commencement of the Chapter 12 case so Oliveiras were not afforded an opportunity to file a proof of claim by the deadline.

6. On May 10, 2017 Oliveiras filed a Proof of Claim in the Pimentel Chapter 12 case asserting a secured claim in the amount of $155,168.92, which accrues at the 10% judgment rate of interest plus legal fees as an over secured creditor.

7. On July 27, 2017 the Oliveiras and Pimentel met and reached a settlement that was brokered by the Chapter 12 Trustee, Michael H. Meyer.

8. The parties agree as follows:

(a) Oliveiras shall have a fully secured claim which shall be fixed at $60,000.00 in second priority as to the Property, junior only to the deed of trust held by The Peter A. Pierre and Andrea H. Pierre Revocable Trust dated 09-14-1992.

(b) Oliveiras will have an allowed general unsecured claim in the amount of $95,168.92 ($155,168.92-$60,000).

(c) The allowed unsecured claim will be treated the same as all other unsecured claims in the Chapter 12 Plan of Pimentel and catch up payments will be made to equalize Oliveiras with what other unsecured creditors have received. **(Need input from Trustee.)**

(d) The secured claim will be paid interest only at 5% per annum from January 8, 2015 and be payable in quarterly installments of $825.00 each beginning January 1, 2018 and quarterly thereafter. Said payments shall be made through the Chapter 12 Trustee with distributions to be sent to Oliveiras at 225 Via Piedmont, Gustine, California 95322.

(e) The unpaid balance of the secured claim shall be all due and payable on July 26, 2022.

(f) If any payment on the secured claim is not made on time Oliveiras may give a 10 day written notice to Pimentel and her counsel and if the default is not cured within said 10 days the automatic stay shall be vacated without further order of court and Oliveiras may proceed to enforce their rights and remedies.

(g) At any time before the Oliveira judgment lapses the Oliveiras are free to renew the judgment in accordance with state law without necessity of obtaining a court order.

(h) Pimentel shall have her counsel seek lien avoidance as to the liens junior to Oliveiras on the terms contained herein and Oliveiras will not oppose allowance of a homestead in favor of Pimentel junior to their secured claim for $75,000.

(i) Pimentel will file a Section 522(f) motion as to liens and encumbrances junior to the Oliveiras' secured claim and agreed homestead and obtain orders within 45 days thereafter.

(j) The terms of this Stipulation will be incorporated into Pimentel's Chapter 12 Plan and Pimentel shall accomplish this within 45 days of Court approval of this Stipulation.

(k) Counsel for Oliveiras shall prepare the Stipulation reflecting this settlement and counsel for Pimentel shall prepare and file the Motion for Authority to Compromise required by B.R. 9019.

(l) No provision or term of this Stipulation shall be modified or varied in any way except upon the written consent of Oliveiras.

(m) Oliveiras and Pimentel shall bear their own fees as to the preparation of this Stipulation but if Pimentel breaches any provision of this Stipulation Oliveiras may seek recovery of reasonable attorney fees for any post court approval of this Stipulation.

(n) Oliveiras agree that the amounts they receive as unsecured creditors will be credited against the amount of the secured claim provided the secured claim is paid in full on or before the due date with no default.

(o) This Stipulation may be signed in counterparts.

IT IS SO STIPULATED AND AGREED.

_/s/ Luis Oliveira Sr._
Luis Oliveira Sr.

_/s/ Angela Oliveira_
Angela Oliveira

*Angela Pimentel* (signature)

Angela Pimentel

Approved.

Dated: 11-9, 2017

GANZER & WILLIAMS

By: *Michael Williams* 11/14/17
Michael Williams,
Attorneys for Angela Pimentel

Dated: 11-14, 2017

WALTER WILHELM LAW GROUP

By: *Riley C. Walter*
Riley C. Walter,
Attorneys for Luis Oliveira Sr. and
Angela Oliveira