United States Bankruptcy Court
Eastern District of California

In re:      Case No. 15-10039-B

Angela Pimentel      Chapter 12

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0972-1      User: mfrs      Page 1 of 2

Date Rcvd: Nov 06, 2020      Form ID: L128      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Pimentel, 18177 Road 10 1/2, Chowchilla, CA 93610-9006 |
| aty | + | John J. Waste, 5260 N Palm Ave #421, Fresno, CA 93704-2217 |
| aty | + | Riley C. Walter, 205 E. River Park Circle, Ste. 410, Fresno, CA 93720-1572 |
| tr | + | Michael Meyer, 7550 N Palm Suite 204, Fresno, CA 93711-5500 |
| cr | + | Angela C. Oliveira, c/o Riley C. Walter, 205 E River Park Cir #410, Fresno, CA 93720-1572 |
| cr | + | Bruce Frances Kennedy, 40459 Highway 41 #5, PO Box 2281, Oakhurst, CA 93644-2281 |
| cr | + | Luis M. Oliveira, Sr., c/o Riley C. Walter, 205 E. River Park Circle #410, Fresno, CA 93720-1572 |
| 21334392 | + | Baker Commodities Inc, PO Box 416, Kerman CA 93630-0416 |
| 21334394 | + | Becharoff Capital Corp, 2361 S Edgewood, Seaside OR 97138-5082 |
| 21394270 | + | Becharoff Capital Corporation, c/o Brewer & Brewer, 4533 MacArthur Blvd #707, Newport Beach, CA 92660-2059 |
| 21501636 | + | Bradley A. Silva, 8050 N. Palm Avenue, Suite 300, Fresno, CA 93711-5510 |
| 21334395 | + | Brewer Brewer Attorneys, 4533 MacArthur Boulevard 707, Newport Beach California 92660-2059 |
| 21334396 | + | Bruce Francis Kennedy Esq, P.O. BOX 2281, OAKHURST CA 93644-2281 |
| 21334397 | + | CACH LLC, 155 Montrose West Ave Ste 200, Copley Ohio 44321-2789 |
| 21334398 | + | Central Valley Dairy Representative Mon, 915 L St C- 431, Sacramento CA 95814-3700 |
| 21334399 | + | Chicago Title Company, PO Box 60016, Fresno CA 93794-6016 |
| 21334400 | + | Chowchilla Water District, 327 S Chowchilla Blvd, Chowchilla California 93610-9301 |
| 21334401 | + | Christopher W Lampe Esq, Lampe Fromson, 2005 O Street, Merced CA 95340-3620 |
| 21334402 | + | Delta Farms Trucking Inc, 13816 Bisignani Road, Los Banos CA 93635-9405 |
| 21334404 | + | Douglas B Jensen Esq, Baker Manock Jensen, 5260 N Palm Ave Fourth Floor, Fresno California 93704-2215 |
| 21334405 | + | Geri Pimentel, PO Box 216, Riverdale CA 93656-0216 |
| 21334407 | | James H Watkins Esq, PO Box 1793, Oakhurst California 93644-1793 |
| 21334408 | + | Joe V Pimentel, 4625 6th Avenue, Hanford CA 93230-9751 |
| 21482529 | | Joseph M. Simoes, Esq., SIMOES LAW OFFICE, 250 N., Tulare, CA 93274 |
| 21334409 | + | Kahn Soares Conway LLP, 219 N Douty St, Hanford CA 93230-4645 |
| 21334410 | + | LaFollette Enterprises Inc, 3312 S Blaker Road, Turlock CA 95380-9320 |
| 21334411 | + | Madera County Tax Collector, 200 W 4th St, Madera California 93637-3548 |
| 21334412 | + | Mandarich Law Group LLP, 6301 Owensmouth Ave Ste 850, Woodland Hills California 91367-2271 |
| 21334413 | + | Manuel Avila, PO Box 2546, Los Banos California 93635-2546 |
| 21334414 | + | Mary Joe Andrade, 1352 N M St, Tulare CA 93274-1477 |
| 21334415 | + | Mason Robins Browning Godwin, PO Box 2067, Merced CA 95344-0067 |
| 21394277 | | Mason, Robbins, Browning & Godwin, P.O. Box 2067, Merced, CA 95344-0067 |
| 21480019 | | N & S TRACTOR CO., C/O CHRISTOPHER W. LAMPE, LAMPE & FROMSO, 2005 0 STREET, MERCED, CA 95340 |
| 21334416 | + | N S Tractor Company, 600 S State Highway 59, Merced CA 95341-6928 |
| 21334417 | + | Peter Andrea Pierre, PO Box 776, Oakhurst California 93644-0776 |
| 21618757 | + | Peter Pierre, PO Box 776, Oakhurst, CA 93644-0776 |
| 21334418 | + | Randolf Krbecheck Esq, 9477 North Fort Washington Rd 104, Fresno CA 93730-5940 |
| 21334419 | + | Sage Capital Recovery, 1040 Kings Hwy N, Cherry Hill New Jersey 08034-1908 |
| 21405107 | + | Semper Hay & Grain, Inc., c/o Tracy A. Agrall, Wild, Carter & Tipton, 246 West Shaw Avenue, Fresno, CA 93704-2663 |
| 21334421 | | Semper Hay Green Inc, 15884 DEER PATH LN, Clovis CA 93619-9732 |
| 21334422 | + | Tiago Meneses, C O Simoes Law Firm, 250 N M St Suite B, Tulare CA 93274-4139 |
| 21482530 | + | Tiago Meneses, c/o Simoes Law Office, 250 N. 'M' Street, Suite B, Tulare, CA 93274-4139 |
| 21334423 | + | Tracy A Agrall Esq, 246 West Shaw Ave, Fresno CA 93704-2644 |
| 21405106 | + | Tracy A. Agrall, Wild, Carter & Tipton, 246 West Shaw Avenue, Fresno, CA 93704-2663 |
| 21334424 | | USDA Farm Service Agency, ATTN Farm Loan Programs, 430 G St 4161, Davis California 95616-4161 |

District/off: 0972-1 | User: mfrs | Page 2 of 2
Date Rcvd: Nov 06, 2020 | Form ID: L128 | Total Noticed: 52

| | | |
|---|---|---|
| 21393184 | + | USDA. FARM SERVICE AGENCY, 2926 G STREET, SUITE 103, MERCED, CA 95340-2110 |
| 21334425 | + | Velot Brothers, PO Box 309, Chowchilla CA 93610-0309 |
| 21334426 | + | Western United Environmental Services, 1315 K St, Modesto CA 95354-0917 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 22210103 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 07 2020 03:00:03 | CACH, LLC, PO Box 10587, Greenville SC 29603-0587 |
| 21345270 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 07 2020 03:00:03 | CACH, LLC, 4340 S. MONACO STREET, 2ND FLOOR, DENVER, CO 80237-3485 |
| 21334404 | | Email/Text: BKBNCNotices@ftb.ca.gov | | |
| | | | Nov 07 2020 02:54:00 | Franchise Tax Board, Bankruptcy Unit, PO Box 2952, Sacramento California 95812-2952 |
| 21334406 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Nov 07 2020 02:53:00 | IRS, P O Box 7346, Philadelphia Pennsylvania 19101-7346 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21334393 | ##+ | Bank of America BK Dept, P O Box 26012, Greensboro North Carolina 27420-6012 |
| 22125480 | ##+ | Luis M. Oliveira, Sr. and Angela C. Oliveira, c/o Walter Wihelm Law Group, 205 E River Park Cir #410, Fresno CA 93720-1572 |
| 21334420 | ##+ | Security Credit Services LLC, 2653 West Oxford Loop Suite 108, Oxford MS 38655-2929 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020          Signature:        /s/Joseph Speetjens

FORM L128 Final Decree and Notice of Case Closed Without Discharge  (v.5.16)

15–10039 – B – 12

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## FINAL DECREE AND NOTICE OF CASE CLOSED WITHOUT DISCHARGE

**Case Number:**      15–10039 – B – 12

**Debtor Name(s) and Address(es):**

Angela Pimentel
18177 Road 10 1/2
Chowchilla, CA 93610

### NOTICE IS HEREBY GIVEN THAT

1.  The trustee in the above–captioned case has filed a report certifying that the estate has been fully administered and a review of the court's docket shows that this case is otherwise ready to close.

2.  The above–captioned case is hereby closed without entry of discharge for the following reason(s):

    The debtor(s) has(have) not filed the motion requesting entry of a discharge as ordered by the "Scheduling Order Regarding Procedure for Entry of Discharge in Post–BAPCPA Case" filed on 9/8/20. If the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of a motion requesting entry of a discharge, the debtor(s) must pay the full filing fee due for filing such a motion (currently $200.00 for a chapter 12 case).

**IT IS ORDERED** that the trustee is hereby discharged and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of the case.

Dated:   11/6/20                                Wayne Blackwelder
                                                Clerk of Court